

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2022

No. 04-22-00125-CV

**IN THE INTEREST OF S.C. AND M.E.B.**, Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01853
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

After we granted Appellant Dad's first motion for an extension of time to file the brief, Dad's brief was due on May 10, 2022. *See* TEX. R. APP. P. 38.6(a). On the due date, Dad moved for a seven-day extension of time to file his brief.

Appellant Dad's motion is granted. His brief is due on May 17, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court